## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Case No. 10-CR-360-A

-vs-

Notice of Motion

RICO J. VENDETTI, *et al.*

*Defendant.*

| | |
|---|---|
| MOTION MADE BY: | Defendants Rico J. Vendetti, Arlene Combs, Donald Griffin, and Albert Parsons |
| DATE, TIME & PLACE OF HEARING: | <u>On Submission</u> before Hon. Jeremiah J. McCarthy, U.S. Magistrate Judge, 2 Niagara Square, Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Affidavit of Matthew R. Lembke, Esq. |
| RELIEF REQUESTED: | Order permitting issuance of subpoena *duces tecum* |
| GROUNDS FOR RELIEF: | Fed.R.Crim.P. 17(c) |

Dated:   June 8, 2012

<u>S/MATTHEW R. LEMBKE</u>
Matthew R. Lembke

**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
339 East Ave Suite 300
Rochester, NY 14604
Telephone: [585] 454-3323
E-Mail: matt.lembke@cmllawfirm.com

TO:  Anthony M. Bruce, Esq., AUSA
    United States Attorneys Office
    Western District of New York
    138 Delaware Avenue
    Buffalo, NY 14202