UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    Case No. 10-CR-360-A

*-vs-*

RICO J. VENDETTI *et al.*

*Defendants.*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 8, 2012, I electronically filed the foregoing Notice of Motion and Attorney Affidavit using the CM/ECF system, which sent notification of such filing to the following:

1.  Anthony M. Bruce, Esq., AUSA

S/MATTHEW R. LEMBKE
Matthew R. Lembke

**Cerulli, Massare & Lembke**
339 East Avenue, Suite 300
Rochester, NY 14604
Telephone: [585] 454-3323
E-Mail: matt.lembke@cmllawfirm.com